IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAMUEL PYATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-25-1200-HE |
| | ) | |
| NATHANIEL LONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On November 14, 2025, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #8], recommending the court dismiss this action without prejudice due to plaintiff's failure to follow the court's October 21, 2025 order and local rules.

Magistrate Judge Maxfield advised plaintiff of the right to file an objection to the Report and Recommendation as well as the consequences for failure to file a timely objection. Any objection was due by December 5, 2025. To date, no objection has been filed. Plaintiff therefore has waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).[1]

---

[1] *The court notes Magistrate Judge Maxfield's October 21, 2025 order was returned undeliverable. See [Doc. #7]. There is no indication that the Report and Recommendation was not delivered. Nonetheless, "[p]apers sent by the court will be deemed delivered if sent to the last known address given to the court." LCvR5.4.*

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #8]. This 42 U.S.C. § 1983 action is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(b), for plaintiff's failure to comply with the court's October 21, 2025 order and local rules.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 15th day of December, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE